```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND

B&P ENVIRONMENTAL, LLC            *

            Plaintiff             *

        vs.                       *   CIVIL ACTION NO. MJG-17-2750

BARCLAYS BANK DELAWARE            *

            Defendant             *

*       *       *       *       *       *       *       *       *
```

## MEMORANDUM AND ORDER

The Court has before it Defendant Barclays Bank Delaware's Motion to Dismiss [ECF No. 7] to which Plaintiff has filed no response. Moreover, Plaintiff is not represented by counsel in the instant case.

The Rules of this Court provide that a party, other than an individual, may appear and proceed in this Court only if represented by an attorney who is a member of the Bar of this Court. U.S. Dist. Ct. D. Md. Local Rule 101(1)(a). This local rule is in accord with principles generally recognized in the federal courts. See Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993) ("It has been the law for the better part of two centuries, for example, that a corporation may appear in the federal courts only through licensed counsel.").

The Court has reviewed the Complaint and the papers filed by the Defendant, even though Plaintiff has filed nothing in opposition.

The Court finds that the Motion to Dismiss appears to be valid. Moreover, Plaintiff is not represented by an attorney and, therefore, cannot proceed to present any claims in this action.

Accordingly:

1. Defendant Barclays Bank Delaware's Motion to Dismiss [ECF No. 7] is GRANTED.

2. Judgment shall be entered by separate Order.

SO ORDERED, this Thursday, November 30, 2017.

/s/
Marvin J. Garbis
United States District Judge